**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| Veronica Long, | ) | C.A. No. 6:17-CV-02913-DCC-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Sterilite Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

COME NOW the parties in the above-captioned action, by and through their respective counsel, and stipulate to the dismissal with prejudice of the above-captioned matter pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties state that this matter has been resolved and the parties desire to dismiss this matter with prejudice.

Dated this 20th day of July 2018.

(Signature on Following Page)

| | |
|---|---|
| **BURNETTE SHUTT & MCDANIEL, PA** | **FISHER & PHILLIPS LLP** |
| By: s/Janet Rhodes_____<br>Janet E. Rhodes (Fed I.D. # 10521)<br>Attorneys for Plaintiff<br>Post Office Box 1929<br>Columbia, South Carolina 29202<br>Telephone: 803-904-7915<br>Facsimile: 803-907-7910<br>Email: Jrhodes@burnetteshutt.law | By: s/Sheila M. Willis_____<br>Reyburn W. Lominack, III, Esq. (Fed. I.D. #9438)<br>Sheila M. Willis, Esq. (Fed. I.D. #11602)<br>Attorneys for Defendant<br>1320 Main Street, Suite 750<br>Columbia, South Carolina 29201<br>Telephone: 803-255-0000<br>Facsimile: 803-255-2002<br>Email: rlominack@fisherphillips.com<br>Email: swillis@fisherphillips.com |